# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Minor McNeil,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                         3:04-cv-127

Bob Conrad,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/10/05 Order.

FRANK G. JOHNS, CLERK

May 17, 2005

BY: _____

Betsy Wallace, Deputy Clerk